Mathew K. Higbee, Esq., (Ill. Bar No. 6319929)
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
ALEX MAXIM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEX MAXIM, | Case No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| JACKOLYN GAYDEN d/b/a JUELZ OF THE NILE; and DOES 1 through 10 inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff, Alex Maxim alleges as follows:

## JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2.      This Court has subject matter jurisdiction over Plaintiff's claims

for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant conducts business and/or reside within the State of Illinois, Defendant's acts of infringement complained of herein occurred in the State of Illinois, and Defendant caused injury to Plaintiff within the State of Illinois.

4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## **PARTIES**

5.      Plaintiff Alex Maxim ("Maxim" or "Plaintiff") resides in Nanaimo, British Columbia, Canada and is a professional photographer by trade.

6.      Plaintiff is informed and believes, and thereon alleges, that Defendant Jackolyn Gayden ("Defendant") is an individual doing business as JUELZ OF THE NILE, with a principle place of business at 1460 S Eagon Lane, Round Lake, IL 60073.

7.      Defendant is the owner and operator of the website www.juelzofthenile.com ("Defendant's Website") which Defendant uses to sell fashion products and accessories. A true and correct copy of the ICANN

WHOIS database registrant information for Defendant's Website is attached hereto as Exhibit A.

8.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

9.     For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendants named in this caption.

**FACTUAL ALLEGATIONS**

10.     Plaintiff Alex Maxim, is an acclaimed commercial and fine art photographer noted for his editing and retouching skills. His photographs have been used by such companies such as Marriot, CitiBank, Ganovia Coffee, Playboy, Vogue, New Beauty, Health Magazine, and others. Maxim licenses his work for

editorial and advertising purposes through his website https://www.maximimages.com/.

11. Maxim is the sole author and exclusive rights holder to an original image of a fashion model (the "Image"), which is available for licensing through Maxim's website. A true and correct copy of Maxim's original Image is attached hereto as Exhibit B.

12. Maxim registered his Image with the United States Copyright Office under registration number VA 1-756-486.

13. Defendant is the owner and operator of the website www.juelzofthenile.com ("Defendant's Website") which Defendant uses to sell fashion products and accessories.

14. On or about November 2016, Maxim discovered that Defendant was using the Image on Defendant's Website to advertise Defendant's jewelry products, and as the background to certain pages of Defendant's Website ("Infringing Advertisements"). A true and correct copy of Defendants' infringing use of Plaintiff's Image is attached hereto as Exhibit C.

15. Maxim has no record of any license purchased by Defendant. Nor did Maxim ever consent to allow Defendant to use the Image to advertise Defendant's products.

16. On or about April 20, 2017, Plaintiff's counsel sent a cease and desist letter requesting, *inter alia*, that Defendant remove the Infringing Advertisements

from its website.

17.     Plaintiff's counsel also attempted to reach defendant by phone and email.

18.     Plaintiff's counsel sent additional correspondence on or about October 11, 2017.

19.     As of the date of this Complaint, Defendant's Infringing Advertisements are still publically displayed on Defendant's Website. Attached hereto as Exhibit D are true and correct time stamped screen shots showing that the Infringing Advertisements are still publically accessible on Defendant's Website; *See also* https://www.juelzofthenile.com/about.html; https://www.juelzofthenile.com/uploads/3/7/1/0/37107993/background-images/763860462.jpg; and https://www.juelzofthenile.com/uploads/3/7/1/0/37107993/s484250614794003672_c3_i1_w250.jpeg

20.     On information and belief, Defendants' use of the Image was deliberate and willful.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq***

21.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22.     Plaintiff did not consent to, authorize, permit, or allow in any manner

the said use of Plaintiff's unique and original Image.

23.     Plaintiff is informed and believes and thereon alleges that the Defendants willfully infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Image of the Plaintiff without Plaintiff's consent by using them in the Infringing Advertisements.

24.     As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 per infringement pursuant to 17 U.S.C. § 504(c).

25.     As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

26.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For general and special damages against Defendant according to proof

together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.


Dated: January 26, 2018                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Ill. Bar No. 6319929
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff*

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff, Alex Maxim hereby demands a trial by jury in the above matter.

3

4

5  Dated: January 26, 2018                        Respectfully submitted,

6

7                                                  **/s/ Mathew K. Higbee**

8                                                  Mathew K. Higbee, Esq.
                                                   Ill. Bar No. 6319929

9                                                  HIGBEE & ASSOCIATES
                                                   1504 Brookhollow Dr., Ste 112

10                                                 Santa Ana, CA 92705-5418

11                                                 (714) 617-8349
                                                   (714) 597-6559 facsimile

12                                                 *Counsel for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "A"

简体中文   English   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

| www.juelzofthenile.com | Lookup |

*Showing results for: juelzofthenile.com*

Original Query: www.juelzofthenile.com

## Contact Information

### Registrant Contact
Name: JACKOLYN GAYDEN
Organization:
Mailing Address: 1460 S Eagon ln, Round Lake IL 60073 US
Phone: +1.8475461095
Ext:
Fax:
Fax Ext:
Email:babyrhinehart@yahoo.com

### Admin Contact
Name: JACKOLYN GAYDEN
Organization:
Mailing Address: 1460 S Eagon ln, Round Lake IL 60073 US
Phone: +1.8475461095
Ext:
Fax:
Fax Ext:
Email:babyrhinehart@yahoo.com

### Tech Contact
Name: JACKOLYN GAYDEN
Organization:
Mailing Address: 1460 S Eagon ln, Round Lake IL 60073 US
Phone: +1.8475461095

Ext:
Fax:
Fax Ext:
Email:babyrhinehart@yahoo.com

## Registrar

WHOIS Server: whois.register.com
URL: http://www.register.com
Registrar: Register.com, Inc.
IANA ID: 9
Abuse Contact Email:abuse@web.com
Abuse Contact Phone: +1.8773812449

## Status

Domain Status:clientTransferProhibited http://icann.org/epp#clientTransferProhibited

## Important Dates

Updated Date: 2017-12-23
Created Date: 2016-01-08
Registrar Expiration Date: 2020-01-08

## Name Servers

dns1.register.com
dns2.register.com

## Raw WHOIS Record

```
Domain Name: juelzofthenile.com
Registry Domain ID: 1992472416_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.register.com
```

```
Registrar URL: http://www.register.com
Updated Date: 2017-12-23T06:00:17Z
Creation Date: 2016-01-08T01:07:34Z
Registrar Registration Expiration Date: 2020-01-08T01:07:34Z
Registrar: Register.com, Inc.
Registrar IANA ID: 9
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8773812449
Reseller:
Domain Status: clientTransferProhibited
http://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: JACKOLYN GAYDEN
Registrant Organization:
Registrant Street: 1460 S Eagon ln
Registrant City: Round Lake
Registrant State/Province: IL
Registrant Postal Code: 60073
Registrant Country: US
Registrant Phone: +1.8475461095
Registrant Phone Ext.:
Registrant Fax:
Registrant Fax Ext.:
Registrant Email: babyrhinehart@yahoo.com
Registry Admin ID:
Admin Name: JACKOLYN GAYDEN
Admin Organization:
Admin Street: 1460 S Eagon ln
Admin City: Round Lake
Admin State/Province: IL
Admin Postal Code: 60073
Admin Country: US
Admin Phone: +1.8475461095
Admin Phone Ext.:
Admin Fax:
Admin Fax Ext.:
Admin Email: babyrhinehart@yahoo.com
Registry Tech ID:
Tech Name: JACKOLYN GAYDEN
Tech Organization:
Tech Street: 1460 S Eagon ln
Tech City: Round Lake
Tech State/Province: IL
Tech Postal Code: 60073
Tech Country: US
Tech Phone: +1.8475461095
Tech Phone Ext.:
Tech Fax:
Tech Fax Ext.:
Tech Email: babyrhinehart@yahoo.com
Name Server: dns1.register.com
Name Server: dns2.register.com
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
```

```
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-01-25T22:27:44Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-
en.

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you
in
obtaining information about or related to a domain name
registration
record.  Register.com makes this information available "as is," and
does not guarantee its accuracy.  By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and
that,
under no circumstances will you use this data to: (1) allow,
enable,
or otherwise support the transmission of mass unsolicited,
commercial
advertising or solicitations via direct mail, electronic mail, or
by
telephone; or (2) enable high volume, automated, electronic
processes
that apply to Register.com (or its systems).  The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the

# Exhibit "B"



# Exhibit "C"





Secure | https://www.juelzofthenile.com/about.html

JUELZ OF THE NILE

STORE    ABOUT    CONTACT    CART (0)



## About Us

JUELZ OF THE NILE specializes in women's fashion jewelry, accessories, and hats.
Our mission is to give customers great VALUE and FASHION for all seasons, reasons, and occasions.
JUELZ OF THE NILE is the go to place for JEWELRY FIT FOR QUEENS and fashionable accessories.
Please allow us to assist you in the unleashing of your inner GODDESS and BEAUTY.
We are here to support ALL QUEENS in maintaining their ROYAL REALM and making way for each woman to show off a high level of
SELF CONFIDENCE, while looking extraordinary in our unique jewelry pieces.

Who We Are

JUELZ OF THE NILE is the place where you will get more bang for your bucks.
We are all about customer satisfaction and a place where quality and value is truly understand.
While it is true that fashion trends will come and go, JUELZ OF THE NILE understands that
QUALITY is always in.
We strive to provide quality and fashionable jewelry and accessories at reasonable prices.

# Exhibit "D"







## About Us

JUELZ OF THE NILE specializes in women's fashion jewelry, accessories, and hats.
Our mission is to give customers great VALUE and FASHION for all seasons, reasons, and occasions.
JUELZ OF THE NILE is the go to place for JEWELRY FIT FOR QUEENS and fashionable accessories.
Please allow us to assist you in the unleashing of your inner GODDESS and BEAUTY.
We are here to support ALL QUEENS in maintaining their ROYAL REALM and making way for each woman to show off a high level of
SELF CONFIDENCE, while looking extraordinary in our unique jewelry pieces.

